IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHANEL, INC, | No | C-05-3464 VRW |
|     Plaintiff, | | ORDER |
|     v | | |
| BRANDON DOAN, et al, | | |
|     Defendants. | | |

        On August 26, 2005, plaintiff Chanel, Inc filed this action alleging that defendants had committed, inter alia, trademark counterfeiting, infringement and false designation of origin.  Doc #1.  After defendants failed to file a responsive pleading, Chanel moved on December 20, 2005, for entry of default, Doc #7, which the court clerk granted the next day, Doc #9.  On June 2, 2006, Chanel moved for default judgment against defendants. Doc #15.  In part because defendants failed to oppose Chanel's motion, the court vacated a July 13, 2006, hearing originally scheduled on this matter.  Doc #16.

        On July 13, 2006, defendants provided the court with a San Jose address to which any relevant documentation regarding this case was to be sent.  Doc #17.  It appears that prior to this time, defendants did not have an electronic or other address on file with

the court. The court recognizes, therefore, that defendants' lack of activity in this case might stem from their failure to receive relevant filings.

  Given that defendants appear to be proceeding without representation and may not have received earlier filings in this case, the court does not presently rule on the pending motion for default judgment. Rather, the court ORDERS the parties to SHOW CAUSE in writing on or before August 17, 2006, why judgment should not be entered in favor of Chanel. Defendants' submission should also address why defendants did not have a proper address on file with the court, as required by Civ L R 3-11, and why defendants did not respond to Chanel's complaint and subsequent motions. The parties' submissions should not exceed 15 pages in length and upon their filing, the matter will stand as submitted. The court will inform the parties if it desires a hearing on this matter.

  IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge